# CASE ANNOUNCEMENTS
*November 3, 2008*

[Cite as *11/03/2008 Case Announcements,* 2008-Ohio-5650.]

## MOTION AND PROCEDURAL RULINGS

2007–2373.   State v. Boswell.
Cuyahoga App. Nos. 88292 and 88293, 2007-Ohio-5718. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion to revoke appeal bond,

It is ordered by the court that the motion is denied.

LUNDBERG STRATTON, O'CONNOR, and LANZINGER, JJ., dissent.